**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TS MEDIA TECH IP, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>ASSOCIATED EQUIPMENT CORPORATION; BACCUS GLOBAL, LLC; FRONIUS USA, LLC; MIDTRONICS, INC.; THE NOCO COMPANY; PULSETECH PRODUCTS CORPORATION; RELAX TECHNOLOGY, INC. D/B/A GRANITE DIGITAL; and STANLEY BLACK & DECKER, INC.,<br><br>                Defendants. | CASE NO.: 2:11-cv-00181 |

**ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, TS Media Tech IP, LLC, and defendant, Associated Equipment Corporation, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in the suit between plaintiff, TS Media Tech IP, LLC, and defendant, Associated Equipment Corporation, are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**Licensed Patents Settlement Agreement**" and dated October 31, 2011.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 17th day of November, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE