IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TS MEDIA TECH IP, LLC, | ) |
| Plaintiff, | ) Case No. 2:11-cv-00181 |
| v. | ) Jury |
| ASSOCIATED EQUIPMENT CORPORATION; BACCUS GLOBAL, LLC; FRONIUS USA, LLC; MIDTRONICS, INC.; THE NOCO COMPANY; PULSETECH PRODUCTS CORPORATION; RELAX TECHNOLOGY, INC. D/B/A GRANITE DIGITAL; and STANLEY BLACK & DECKER, INC., | ) |
| Defendants. | ) |

**ORDER GRANTING
STIPULATED MOTION FOR
DISMISSAL WITHOUT PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal Without Prejudice of all claims and counterclaims asserted between plaintiff, TS Media Tech IP, LLC, and defendant, The NOCO Company ("NOCO"), in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in the suit between plaintiff, TS Media Tech IP, LLC, and defendant, NOCO, are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 25th day of January, 2012.**

_____
RODNEY GILSTRAP